George L. Drew and Frank Drew, as partners doing business under the firm name of Drew Lumber Company, and George L. Drew, Plaintiffs in Error, vs. The First National Bank of Gainesville, a corporation under the laws of the United States, Defendant in Error.

Writ of error to Circuit Court, Alachua county; William A. Hocker, Judge.

Frank Drew, for Plaintiffs in Error.

Horatio Davis, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.